UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LEON EUGENE MILLER, | ) | CASE NO.: C04-1289-MJP-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | RESPONDENT'S MOTION FOR |
| GARY FLEMING, | ) | EXTENSION OF TIME TO FILE |
| | ) | BRIEF |
| Respondent. | ) | |
| _____ | ) | |

Respondent has filed a motion requesting a 30-day extension of time to file a brief in response to petitioner's brief addressing the issues set forth in the Court's Order of May 8, 2007. (Dkt. #61). Respondent states good cause for the extension and also states that petitioner does not object. Accordingly, the Court does hereby find and ORDER:

(1) Respondent's motion for extension of time (Dkt. #63) is GRANTED. Respondent shall file the brief **no later than July 23, 2007** . No further extensions of time will be granted absent extraordinary circumstances.

(2) Petitioner may file a reply to respondent's brief no later than 7 days after receipt of respondent's brief.

(3) The Clerk shall direct a copy of this Order to counsel of record and to the

ORDER GRANTING RESPONDENT'S MOTION
FOR EXTENSION OF TIME TO FILE BRIEF
PAGE -1

01 | Honorable Marsha J. Pechman.

02 |     DATED this <u>5th</u> day of July, 2007.

03 |

04 |                                                    Mary Alice Theiler
                                                 United States Magistrate Judge

ORDER GRANTING RESPONDENT'S MOTION
FOR EXTENSION OF TIME TO FILE BRIEF
PAGE -2