ENTERED
FILED                    RECEIVED
LODGED

OCT 16 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

04-CV-01289-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LEON EUGENE MILLER, | CASE NO. C04-1289-MJP |
| Petitioner, | |
| v. | ORDER GRANTING § 2254 PETITION |
| GARY FLEMING, | |
| Respondent. | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the supplemental briefs submitted by the parties, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, objections thereto, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Petitioner's petition for a writ of habeas corpus (Dkt. #4) is GRANTED. Petitioner's conviction in Spokane County Superior Court Case No. 00-1-01469-5 is VACATED; and

///

ORDER GRANTING § 2254 PETITION
PAGE -1

01     (3)     The Clerk is directed to send a copy of this Order to all counsel of record and to

02     Judge Theiler.

03     DATED this **15** day of _____ Oct _____, 2007.

04

05         MARSHA J. PECHMAN
        United States District Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING § 2254 PETITION
PAGE -2